ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| 4H Construction Corporation | ) | ASBCA Nos. 62381, 62485, 62486 |
| | | 62487, 62488, 62489 |
| | | 62490, 62491, 62492 |
| | | 62493 |
| | ) | |
| Under Contract No. W912EP-19-C-0005 | ) | |

APPEARANCES FOR THE APPELLANT:     S. Leo Arnold, Esq.
                                                            Matthew W. Willis, Esq.
                                                             Ashley & Arnold
                                                             Dyersburg, TN

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                Engineer Chief Trial Attorney
                                                             Bruce E. Groover, Esq.
                                                             Susan E. Symanski, Esq.
                                                             Kristin M. Bigham, Esq.
                                                                Engineer Trial Attorneys
                                                                U.S. Army Engineer District, Jacksonville

OPINION BY ADMINISTRATIVE JUDGE CATES-HARMAN

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. The Termination for Default is converted to a Termination for Convenience. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,650,000, inclusive of all costs, and Contract Disputes Act interest. No further interest shall be paid. The award shall be paid through the Judgement Fund, pursuant to 31 USC § 1304.

Dated: July 11, 2022

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur


_____              _____
RICHARD SHACKLEFORD                           OWEN C. WILSON
Administrative Judge                          Administrative Judge
Acting Chairman                               Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62381, 62485, 62486,
62487, 62488, 62489, 62490, 62491, 62492, 62493, Appeal of 4H Construction
Corporation, rendered in conformance with the Board's Charter.

      Dated:  July 12, 2022


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals